In the Matter of the Accounting of Eliza J. Arkenburgh et al., as Executors of Robert H. Arkenburgh, Deceased, Respondents.

Robert H. Arkenburgh et al., Appellants.

*Matter of Arkenburgh,* 69 App. Div. 618, affirmed.
(Argued June 11, 1902; decided June 27, 1902.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, made

March 7, 1902, which modified, and affirmed as modified, a decree of the Rockland County Surrogate's Court settling the accounts of Eliza J. Arkenburgh and Oliver M. Arkenburgh, as executors of Robert H. Arkenburgh, deceased.

*Charles Edward Souther* for appellants.

*John F. McFarlane, Arthur S. Tompkins* and *Robert F. Little* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, VANN, CULLEN and WERNER, JJ.